**Electronically Filed
Supreme Court
SCWC-29719
06-DEC-2011
01:48 PM**

NO. SCWC-29719

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

RAYMOND MARK KIM, Petitioner/Claimant/Appellant-Appellant,

vs.

INTERNATIONAL BUSINESS MACHINES,
Respondent/Employer/Appellee-Appellee,

and

LIBERTY MUTUAL INSURANCE COMPANY,
Respondent/Insurance Carrier/Appellee-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29719; CASE NO. AB 2006-372 (2-04-13128))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.,
and Circuit Judge Nishimura, in place of Acoba, J., recused)

The Application for Writ of Certiorari filed on

October 25, 2011 by Petitioner/Claimant/Appellant-Appellant

Raymond Mark Kim is hereby rejected.

DATED:  Honolulu, Hawai‘i, December 6, 2011.

Raymond Mark Kim,                  /s/ Mark E. Recktenwald
Petitioner/Claimant/
Appellant-Appellant,               /s/ Paula A. Nakayama
Pro se, on the application.
                                   /s/ James E. Duffy, Jr.

Clyde Umebayashi of
Kessner, Umebayashi, Bain          /s/ Sabrina S. McKenna
& Matsunaga for Respondent/
Employer/Appellee-Appellee         /s/ Rhonda A. Nishimura
and Respondent/Insurance
Carrier/Appellee-Appellee
on the response.